## THE ISLE OF MAN COMPANIES ACTS 1931-2006

## COMFORT JET AVIATION LIMITED
## NOTICE OF AN EXTRAORDINARY GENERAL MEETING OF CONTRIBUTORIES

**NOTICE IS HEREBY GIVEN**, pursuant to Section 226 of the Companies Act, 1931, as applied by Section 182 of the Companies Act, 2006, that an Extraordinary General Meeting of Contributories of the above named company will be held at 13-15 Hope Street, Douglas, IM1 1AQ on 1st October 2021 at 10.00am for the purpose of having a full statement of the position of the Company's affairs, together with a list of the creditors and an estimated amount of their claim, laid before them and for the purpose of voting on the following Extraordinary Resolutions:-

1. *"**THAT** the Company be wound up and that a Liquidator be appointed; and*

2. ***WHETHER** a Committee of Inspection be appointed to assist the Liquidator".*

Proxies to be used at the Meeting must be lodged with Shimmin Wilson & Co, Chartered Accountants at 13-15 Hope Street, Douglas, Isle of Man, not later than 4.00pm on 30th September 2021.

Dated this 6th September 2021.

By Order of the Board

Sharon Dunn   Oliver Webster
For and on behalf of Kleino Limited, corporate director

## THE ISLE OF MAN COMPANIES ACTS 1931-2006

### COMFORT JET AVIATION LIMITED
### MEETINGS OF CONTRIBUTORIES AND CREDITORS

**NOTICE IS HEREBY GIVEN**, pursuant to Section 226 of the Companies Act, 1931, as applied by Section 182 of the Companies Act, 2006, that an Extraordinary General Meeting of Shareholders followed by a Meeting of Creditors of the above named company will be held at 13-15 Hope Street, Douglas, IM1 1AQ on 1st October 2021 at 10.00am and 10.30am respectively for the purpose of having a full statement of the position of the Company's affairs, together with a list of the Creditors and an estimated amount of their claim, laid before them and for the purpose, if thought fit, of nominating a liquidator and of appointing a Committee of Inspection.

Proxies to be used at the Meeting must be lodged with Shimmin Wilson & Co, Chartered Accountants at 13-15 Hope Street, Douglas, Isle of Man, not later than 4.00pm on 30th September 2021.

**NOTICE IS ALSO GIVEN** that, for the purpose of voting, secured Creditors must (unless they surrender their security) lodge at the above Meeting a statement giving the particulars of their security, the date when it was given and the value at which it is assessed.

Dated this 6th September 2021.

Sharon Dunn    Oliver Webster
For and on behalf of Kleino Limited, corporate director

THE ISLE OF MAN COMPANIES ACTS 1931-2006

## NOTICE OF A MEETING OF CREDITORS
## COMFORT JET AVIATION LIMITED

**NOTICE IS HEREBY GIVEN**, pursuant to Section 226 of the Companies Act, 1931, as applied by Section 182 of the Companies Act, 2006, that a Meeting of Creditors of the above named company will be held at 13-15 Hope Street, Douglas, IM1 1AQ on 1st October 2021 at 10.30am for the purpose of having a full statement of the position of the Company's affairs, together with a list of the creditors and an estimated amount of their claim, laid before them and for the purpose of voting on the following Extraordinary Resolutions:-

1. *"**THAT** the Company be wound up and that a Liquidator be appointed; and*

2. ***WHETHER*** *a Committee of Inspection be appointed to assist the Liquidator".*

Proxies to be used at the Meeting must be lodged with Shimmin Wilson & Co, Chartered Accountants at 13-15 Hope Street, Douglas, Isle of Man, not later than 4.00pm on 30th September 2021.

Dated this 6th September 2021.

Sharon Dunn    Oliver Webster
For and on behalf of Kleino Limited, Corporate director