## MINUTES OF A MEETING OF THE CREDITORS OF COMFORT JET AVIATION LIMITED CALLED UNDER NOTICE FOR 10.30AM ON 1ST OCTOBER 2021 AT 13 -15 HOPE STREET, DOUGLAS, ISLE OF MAN

**Present:** In person: Mr Andrew Paul Shimmin as proxy for Petrosteam Limited
Eneray Limited
Mr S Dossou-Aworet
IQEQ

Mr Charles Williams as proxy for Dassault Falcon Services

Ms Caren Pegg as proxy for Kent Aviation LLC

Ms Sharon Dunn as representative of Kleino Limited
(corporate director of Comfort Jet Aviation Limited)

**In Attendance:** Mr James Ramsey (IQEQ)
Ms Keira Gore (Appleby)
Mr Christopher Shimmin (Shimmin Wilson & Co.)

**Quorum:** A quorum of creditors (in person or by proxy) as required under Rule 115 (1) of The Companies (Winding-Up) Rules, 1934, being present, the Meeting commenced with Mr Shimmin in the Chair.

**Statement of Affairs:** Mr Shimmin discussed the Statement of Affairs with those present. Mr Shimmin confirmed that the figures detailed within the Statement of Affairs had not been verified and once verified the deficit currently shown may change.

**Proof of Debts:** The following claims had been received prior to the commencement of the Meeting and the Proof of Debts were accepted only as far as for voting purposes at the Meeting. For voting purposes all claims have been converted to GBP at the rate of 1USD to 0.74 GBP:-

| | | |
|---|---|---|
| Petrostream Limited | - | £  3,862,485.75 |
| Eneray Limited | - | £  1,400,926.86 |
| Mr S. Dossou-Aworet | - | £     634,398.45 |
| Derryberry & Naifeh LLP | - | £         5,086.35 |
| Kent Aviation LLC | - | £  4,153,249.26 |
| Dassault Falcon Services | - | £     926,467.42 |
| IQEQ | - | £         8,360.00 |
| Total value | - | £ 10,990,974.09 |

Continued.../2

Certified a true copy of the original

*[signature]*
Long & Humphrey
Advocates and Notaries Public

1 JANUARY 2022

Matthew James Kinrade
Long & Humphrey
Advocates and Notaries
The Old Courthouse
Athol Street
Douglas
Isle of Man
IM1 1LD
Advocate, Notary Public and Commissioner for Oaths

**Matters to be resolved:** The purpose of the Meeting of Creditors was explained as being to vote on the following Resolutions: -

1. **THAT** Mr A P Shimmin, or some other person, be appointed as Liquidator for the purpose of winding-up the affairs of the Company; and

2. **WHETHER** a Committee of Inspection be appointed to assist the Liquidator.

**Results of Votes cast:**

**Resolution 1.** THAT Mr A P Shimmin, or some other person, be appointed As Liquidator for the purpose of winding-up the affairs of the Company

The Creditors present and voting at the Meeting voted (in person or by proxy) as follows in favour of the Company being placed into Creditors Voluntary Liquidation:-

|  | For | Against |
|---|---|---|
| Petrostream Limited | Y | |
| Eneray Limited | Y | |
| Mr S. Dossou-Aworet | Y | |
| Kent Aviation LLC | Y | |
| Dassault Falcon Services | Y | |
| IQEQ | Y | |
| **Total % in favour of liquidation** | **100%** | **0%** |

It was Resolved: -

*"THAT the Company be wound-up and that Mr A P Shimmin be appointed as Liquidator"*

**Resolution 2.** Whether a Committee of Inspection be appointed to assist the Liquidator.

The Creditors present and voting at the Meeting voted (in person or by proxy) as follows in favour of a Committee of Inspection being appointed: -

Continued.../3

|  | For | Against |
|---|---|---|
| Petrostream Limited | Y | |
| Eneray Limited | Y | |
| Mr S. Dossou-Aworet | Y | |
| Kent Aviation LLC | Y | |
| Dassault Falcon Services | Y | |
| IQEQ | Y | |
| **Total % in favour of a Committee of Inspection** | 100% | 0% |

It was Resolved: -

*"**THAT** a Committee of Inspection be appointed"*

However, the creditors present or represented at the meeting were unable to form a Committee of Inspection at the Meeting. The matter was left that any creditor could convene a further meeting of creditors at a later date should they wish to proceed with the formation of a Committee of Inspection.

**Any other Business:** With there being no other business, the Meeting was closed.

*[signature]*

**A.P. Shimmin**
**Chairman**

1st October 2021
**Dated**