Co No 001079V

Form IM39D

# THE COMPANIES ACT 2006

## CREDITORS' VOLUNTARY WINDING UP

## NOTICE OF APPOINTMENT OF LIQUIDATOR

Pursuant to section 238 of the Companies Act 1931 as applied by section 182 of the Companies Act 2006

| Company Name: | SHIMMIN WILSON & CO |
|---|---|

I, Andrew Paul Shimmin

of SHIMMIN WILSON & Co

13-15 Hope Street, Douglas, Isle of Man IM1 1AQ

hereby give Notice that I have been appointed Liquidator of COMFORT JET AVIATION LIMITED by A MEETING OF THE CREDITORS DATED 1ST OCTOBER 2021

(a) ..................................................................................................................

Signature(s) ........[signature].........

(b) ........................................

Dated the 1st day of October 2021

(a) state how appointed, whether by the Creditors of the Company or how otherwise.
(b) to be signed by each Liquidator if more than one.

Presented by:
Shimmin Wilson
13-15 Hope Street
Douglas
Isle of Man
IM1 1AQ

Matthew James Kinrade
Long & Humphrey
Advocates and Notaries
The Old Courthouse
Athol Street
Douglas
Isle of Man
IM1 1LD
Advocate, Notary Public and Commissioner for Oaths

Official use only:

Certified a true copy of the original

[signature]
Long & Humphrey
Advocates and Notaries Public

10 JANUARY 2022

Page 1 of 1